MILDRED M. MATTESON, Appellant, v. HARRY M. FORST and Others, Respondents.— Motion for order continuing restraining order granted upon condition that, within five days from service of a copy of the order herein, plaintiff furnish a bond, with corporate surety, in the sum of $5,000, to cover any damages resulting from depreciation of the 10,000 shares of stock pending the outcome of the appeal, and upon the further condition that she perfect and argue the appeal at the May term; otherwise, motion denied, with ten dollars costs.  Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

FRED NANN, as President of Local No. 3 of the Amalgamated Food Workers, etc., Respondent, v. LASAR RAIMIST, as Treasurer of Local No. 500 of the Bakery and Confectionery Workers' International Union of America, etc., Appellant.— Motion for reargument denied, with ten dollars costs.  Motion for leave to appeal to the Court of Appeals denied.  Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

EMANUEL NEWMAN, as Agent of DANDY REALTY Co., INC., Respondent, v. PETER GEORGE, Appellant.— Motion for reargument of motion for leave to appeal to the Court of Appeals and to set aside order of March 21, 1930, denied, with ten dollars costs.  Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

MINNIE E. PELL, Appellant, v. MAY MORAN and JOHN MORAN, Respondents — Motion to dismiss appeal granted, without costs, and appeal dismissed, without costs.  Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

JULIUS J. POPPER, Appellant, v. S. I. K. CORPORATION, Respondent.— Motion for reargument denied, with ten dollars costs.  Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

JACOB PORTE, Appellant, v. WILLIAM KENNELLY, INC., Respondent.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs.  Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELMER H. LEMON, District Attorney of Orange County, Respondent, v. SALVATORE CAPARBO, Appellant, and Others, Defendants.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.  Stay continued pending the hearing and determination of the appeal.  Present — Lazansky, P. J. Young, Kapper, Carswell and Scudder, JJ.

JOSEPH B. RAEBECK, Respondent, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied.  Motion for stay granted.  Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

JULIUS R. SCHMELTZER and Others, Appellants, v. JULES HAFT and Others, Defendants.  JULES HAFT, Respondent.— Motion for reargument denied, with ten dollars costs.  Motion for leave to appeal to the Court of Appeals denied.  Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.